JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRICA MICKENS, ) | Case No.: CV 16-4726 DSF (JCx) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| UNITED STATES POSTAL SERVICE, ) | |
| Defendant. ) | |

The Court having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed.

Dated: 10/11/16

Dale S. Fischer
United States District Judge